JS-6

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EVEREST URGENT CARE LLC, a Pennsylvania limited liability company; XIAOBIN LI, an individual, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-01813-JVS-JDE<br><br>[Assigned to the Hon. James V. Selna]<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 21, 2020<br>Trial Date:      August 2, 2022 |
| EVEREST URGENT CARE LLC, a Pennsylvania limited liability company; and XIAOBIN LI, an individual,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>INMODE, LTD., a limited company; and ROES 1-10,<br><br>    Third-Party Defendants. | |

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL 8:20-CV-01813-JVS-JDE

On May 18, 2022, Plaintiff Balboa Capital Corporation ("Balboa") and Defendants and Third-Party Plaintiffs Everest Urgent Care LLC and Xiaobin Li ("Defendants") entered a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The parties to the stipulation have agreed that all claims against Third-Party Plaintiffs asserted by Balboa in the Complaint in the above-captioned action are hereby voluntarily dismissed with prejudice in their entirety and each party shall bear their own fees and costs.

Therefore, good cause having been shown, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. All claims against Third-Party Plaintiffs asserted by Balboa in the Complaint are dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii); and

2. Balboa and Defendants shall bear their own fees and costs.

Dated: June 16, 2022            By: *James V. Selna* (signature)

                                                  Hon. James V. Selna
                                                  United States District Court Judge